# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Victor Plastics, Inc.,                                           Bky. No. 08-40171-DDO
                                                                 Chapter 7
                Debtor.

Julia A. Christians, Trustee for the Bankruptcy
Estate of Victor Plastics, Inc.,

                Plaintiff,

v.                                                               Adv. Pro. No.09-04194

T L I Holding Corp.,

                Defendant.

## ORDER

      The Court having been advised that the above-captioned adversary proceeding has been settled, with settlement payments to be made on an installment basis, it is not necessary that this adversary proceeding remain open. Accordingly, the adversary proceeding is **dismissed** without prejudice, subject to re-opening for entry of judgment in the event of default in payment of the settlement obligations.

Dated: October 28, 2010

                                        */e/ Gregory F. Kishel*

                                        Gregory F. Kishel
                                        United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/28/2010*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk